IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, | 1:11-cv-00521-AWI-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS: <u>THIRTY DAY DEADLINE</u> |
| vs. | |
| CASH, | |
| Respondent. | (DOCUMENT #20) |
| _____/ | ORDER SETTING BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR DISCOVERY (DOC. 17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 26, 2011, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Respondent is GRANTED thirty days from the date of service of this order in which to file a response to the petition for writ of habeas corpus.

On August 4, 2011, Petitioner filed a motion for discovery.

IT IS HEREBY ORDERED that Respondent's opposition or non-opposition to the motion for discovery shall be FILED no later than the date on which Respondent's response to the petition is filed.

Further, Petitioner may FILE a reply to any opposition no later than thirty days after the

1  date of the filing of the opposition.

3  IT IS SO ORDERED.

4  **Dated:** **September 28, 2011**             /s/ **Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE